In the Matter of the Application of Basil E. Bradner, as Town Superintendent of Highways of the Town of Harrison, Westchester County, New York, Respondent, for a Mandamus Order against Raymond J. Funkhouser, as Supervisor of the Town of Harrison, Westchester County, New York, Appellant.— Peremptory order of mandamus directing appellant, as supervisor of the town of Harrison, Westchester county, to pay certain highway orders drawn upon him by petitioner, as town superintendent of highways, in payment of the services of men and trucks employed in connection with the sanding of roads, reversed on the law and not in the exercise of discretion, without costs, and motion denied, without costs. The duty of the town superintendent of highways ended when he made the orders and transmitted them to appellant and he had no further interest in the orders or the sums to be paid under them. Therefore, he has no interest in obtaining the relief sought and the learned Special Term erred in granting the order from which the appeal is taken. (*People ex rel. Schneider* v. *Prendergast*, 172 App. Div. 215.) The other objections raised by appellant are without merit. It is not disputed that the town received the benefit of the services rendered and the trucks furnished. The persons who did the work and furnished the trucks should be paid without further delay. Lazansky, P. J., Young, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of Helen Listort, as Administratrix, etc., of Peter Fanning, Deceased, Appellant, to Discover Certain Property of Said Deceased Claimed to Be Withheld. Charles Wieber, Respondent.— In a discovery proceeding in the Surrogate's Court, Queens county, decree dismissing the proceeding and declaring that the respondent is the owner of a certain bank book unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of Westchester Trust Company, as Executor of Denis F. Gerbereux, Deceased. Westchester Trust Company, as Executor, etc., of Denis F. Gerbereux, Deceased, Appellant; Anna M. Gerbereux and Others, Respondents.— On appeal from a decree surcharging an executor for the purchase of a mortgage participation certificate in disregard of the provisions of the will and of the provisions of section 188, subdivision 7, of the Banking Law, and for making payments for repairs which were not the obligations of the estate, decree of the Surrogate's Court of Westchester county, in so far as appealed from, unanimously affirmed, with costs payable by appellant. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.